## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEW MEXICO

**ALAN P. WOODRUFF, and GREEN PARTY
OF NEW MEXICO ,**

        **Plaintiffs,**

**v.**                                **CIV 10-0123 KBM/ACT**

**MARY HERRERA, in her official capacity
as New Mexico Secretary of State,**

        **Defendants.**
_____

## COURT'S NOTICE OF RELATED CASE AND REQUEST FOR CONSOLIDATION

THIS MATTER is before the Court *sua sponte*.  In the above action, Plaintiffs Alan P.

Woodruff and Green Party of New Mexico have filed an "Emergency Motion for *Ex Parte* Entry

of Preliminary Injunction" asking that the Court compel the New Mexico Secretary of

State to recognize the Green Party of New Mexico as a "qualified" major party for the 2010

election and including its candidates in the primary election.  *Doc. 5.*  In their motion, Plaintiffs

acknowledge that they have sought the same relief in *Woodruff et al. v. Herrera*, CIV 09-0449

JCH/KBM.  *Id.* at 5.  As justification for *ex parte* consideration, Plaintiffs argue that they

> have sought, for almost a year, to establish their rights through
> appropriate actions in this court.  However, these efforts have been
> frustrated by an initial dismissal of the relevant claims, *without
> prejudice*, but a denial of Plaintiffs motion for leave to amend to
> cure the technical pleading deficiencies on which the dismissal,
> *without prejudice*, was based. Accordingly, Plaintiffs have been
> forced to pursue these claims in this separate action.

*Id.* (emphasis in original).  That action remains pending before the Honorable Judith C. Herrera.

In fact, less than a week ago, Plaintiffs filed a motion seeking reconsideration of the

memorandum opinion and order in which she denied their request to file an amended complaint.

*See Docs. 124 & 125.*

Rule 42 of the Federal Rules of Civil Procedure provides that "[i]f actions before the court involve a common question of law or fact, the court may . . . consolidate the actions." The ultimate decision as to consolidation is reserved to the presiding judge in the first-filed case.

Wherefore,

IT IS HEREBY REQUESTED that Judge Herrera consider consolidating the actions.

_____
UNITED STATES MAGISTRATE JUDGE